IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

LYNETTE WEATHERSPOON,

    Plaintiff,

v.

GROENDYKE TRANSPORT, INC.,

    Defendant.

Case No. 24-cv-1406 JPG

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated:** 3/28/2025        MONICA A. STUMP, Clerk of Court

                                            _s/ Tina Gray, Deputy Clerk_

**Approved:**    _s/J. Phil Gilbert_
                   **J. PHIL GILBERT**
                   **DISTRICT JUDGE**